Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-10-00237-CV

Christie Ann AQUINO,
Appellant

v.

SANTIKOS THEATERS, LLC and Santikos Theaters Operations, Ltd.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03716
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting: Rebecca Simmons, Justice
     Steven C. Hilbig, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  May 19, 2010

DISMISSED

The clerk's record in the above referenced cause indicates that the trial court's judgment was signed on December 22, 2009.  A motion to reconsider/motion for new trial was filed on February 2, 2010 and the notice of appeal was filed on March 22, 2010.  The notice of appeal or a motion for extension of time to file the notice of appeal was due to be filed no later than January 21, 2010.  *See* TEX. R. APP. P. 26.3.  Acknowledging the late deadlines, appellant seeks a motion for extension of time to file the late notice of appeal.  This court does not have the

jurisdiction to do so. Therefore, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Costs of appeal are taxed against appellant.

PER CURIAM